# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00294-CV

**Appellant, LeAnn Marie Hilton// Cross-Appellant, Andrea Skola**

**v.**

**Appellee, Andrea Skola// Cross-Appellee, LeAnn Marie Hilton**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-002920, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On May 31, 2024, this Court granted Appellant and Cross-Appellee LeeAnn Marie Hilton's agreed motion to abate this appeal until July 1, 2024, to allow the trial court to rule on a pending post-judgment motion to modify. Hilton has now filed a suggestion of bankrutpcy. *See* Tex. R. App. P. 8.1. We therefore reinstate this appeal, lift our prior abatement, and now abate this appeal until a party files a motion to reinstate or a motion to sever. *See id*. R. 8.2, 8.3. Hilton is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should she fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).

Before Chief Justice Byrne, Justices Triana and Kelly

Bankruptcy

Filed:   May 25, 2024